# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| LEODIS RANDLE, #25064-009 | |
| Plaintiff, | |
| v. | No. 4:19CV00010-SWW |
| DOE | |
| Defendant. | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 15th day of February, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE